G. O. HAIRE ET AL. v. NORFOLK AND WESTERN RAILWAY COMPANY.

(Filed 27 April, 1910.)

APPEAL by defendant from *Jones, J.,* at Fall Term, 1909, of ASHE.

Disposed of under the opinions in *Gunter's case,* 85 N. C., 310; and *Dean's case,* 107 N. C., 686.

*T. C. Bowie* and *W. C. Fields* for plaintiff.
*Watson, Buxton & Watson* for defendant.

PER CURIAM. Upon an examination of this record we find that the assignments of error all relate to the prayers for instruction and the charge of the court.

We are of opinion that the charge is a clear exposition of the law as laid down in many decisions of this Court. *Gunter's case,* 85 N. C., 310; *Dean's case,* 107 N. C., 686.

No error.